

## CIVIL CAUSE FOR CONFERENCE:

BEFORE ROSS, J.     DATE: 10/27/09     TIME: 2:00pm

Docket No. 09-cv-665; 09-cv-845; 09-cv-1303; 09-cv-1196; 09-cv-1228; 09-cv-1455; 09-cv-1721; 09-cv-1984

TITLE: ROMERO, SHIN, GAENZLER, FERGUSON-STEGER, KAYE, ALLICINO, LEE & LIEVRE -vs- BORDEN EAST RIVER REALTY, LLC..

PLTFFS ATTY: Lawrence C. Weiner
    __X__ present     _____ not present

DEFTS ATTY: Bruce H. Lederman
    __X__ present     _____ not present

REPORTER: M. Brymer     COURTROOM DEPUTY: DEL

OTHER _____

_____ CASE CALLED

_____ Conf. Adj'd to _____

The court directs that the parties' cross motions for summary judgment shall be briefed as follows: both motions and supporting papers shall be served no later than December 4, 2009; opposition papers shall be served no later than January 6, 2010; reply papers, if any, shall be served no later than January 15, 2010. The fully-briefed motions shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than January 15, 2010. This schedule may be altered only with the permission of the court.

