# STROOCK

By Federal Express

December 8, 2009

Daniel A. Ross
Direct Dial 212-806-5811
Direct Fax 212-806-7811
dross@stroock.com

Mr. William Thomas
U.S Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re: Fifth on the Park Condo, LLC (the "Developer") 1485 Fifth Avenue, New York, New York (the "Development") - ILS 32463/I-09-144

Dear Mr. Thomas:

On behalf of the Developer, and in furtherance of our responses to your jurisdictional questionnaire submitted on August 18, 2009, enclosed are copies of the Certificate of Occupancy No. 104195728T005, for the Development, effective September 10, 2009 and Certificate of Occupancy No. 104195728T006, for the Development, effective November 13, 2009. Accordingly, as of September 10, 2009, all residential units in the Development have been certified for occupancy.

Please be advised that since our August 18, 2009 responses, the Developer has not entered into any new contracts for the sale of residential units in the Development. However, some purchasers have closed title to units that were smaller and/or less expensive than the units those purchasers originally contracted to buy. In each case, the substituted unit was covered by a certificate of occupancy at the time of the substitution.

Please call or e-mail me if you require any additional information.

Very truly yours,

Daniel A. Ross

Enclosures

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

FOTP-HUD-0000820



Page 1 of 3

## Certificate of Occupancy

**CO Number:** 104195728T005

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**
| | | |
|---|---|---|
| **Borough:** Manhattan | **Block Number:** 01746 | **Certificate Type:** Temporary |
| **Address:** 1481 5 AVENUE | **Lot Number(s):** 2 | **Effective Date:** 09/10/2009 |
| **Building Identification Number (BIN):** 1087768 | | **Expiration Date:** 12/09/2009 |
| | **Building Type:** New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
- **Construction classification:** 3 (1968 Code)
- **Building Occupancy Group classification:** J-2 (2008 Code)
- **Multiple Dwelling Law Classification:** HAEA
- **No. of stories:** 30   **Height in feet:** 310   **No. of dwelling units:** 204

**C.** **Fire Protection Equipment:**
Standpipe system, Fire alarm system, Sprinkler system

**D.** **Type and number of open spaces:**
None associated with this filing.

**E.** **This Certificate is issued with the following legal limitations:**
None

**Outstanding requirements for obtaining Final Certificate of Occupancy:**
There are 15 outstanding requirements. Please refer to BISWeb for further detail.
**Borough Comments:** None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



Page 2 of 3

## Certificate of Occupancy

CO Number: **104195728T005**

| Permissible Use and Occupancy |||||||
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. |||||||
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | 50 | B-2<br>D-2 | | 2,4 | PARKING FOR 77 CARS, MECHANICAL EQUIPMENT ROOMS (ADDITIONAL LIVE LOAD IS 75) |
| SUB | | OG | B-2 | | 2,4 | PARKING FOR 75 CARS,STORAGE,MECHANICAL EQUIPMENT ROOM |
| 001 | | | | | | RESIDENTIAL LOBBY |
| 006 | | 40 | J-2 | 11 | 2 | 11RESIDENTIAL UNITS,ACCESSORY POOL |
| 007 012 | | 40 | J-2 | 15 | 2 | FIFITEEN (15) APARTMENTS |
| 013 | | 40 | J-2 | 9 | 2 | 9 RESIDENTIAL UNITS |
| 014 015 | | 40 | J-2 | 10 | 2 | 10 RESIDENTIAL UNITS PER FLOOR |
| 016 017 | | 40 | J-2 | 10 | 2 | 10 RESIDENTIAL UNITS PER FLOOR |
| 018 | | 40 | J-2 | 7 | 2 | 5 RESIDENTIAL UNITS,4 LOWER PORTION OF DUPLEX UNITS |
| 019 | | 40 | J-2 | 6 | 2 | 4 RESIDENTIAL UNITS,4 UPPER |
| 020 024 | | 40 | J-2 | 6 | 2 | 6 RESIDENTIAL UNITS PER FLOOR |
| 025 | | 40 | J-2 | 6 | | SIX (6) RESIDENTIAL UNITS(EXCLUDING APARTMENT 25C) |
| 026 | | 40 | J-2 | 3.33 | 2 | 3RESIDENTIAL UNITS,LOWER PORTION OF TRIPLEX |

Borough Commissioner         Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



Page 3 of 3

## Certificate of Occupancy

CO Number: 104195728T005

| Permissible Use and Occupancy ||||||||
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. ||||||||
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 027 | | 40 | J-2 | 2.33 | 2 | 1 RESDIDENTIAL UNIT,LOWER PART OF 2 DUPLEX UNITS MID PORTION OF TRIPLEX UNIT(EXCLUDING APARTMENT 27C) |
| 028 | | 40 | J-2 | 2.33 | 2 | 1 RESIDENTIAL UNIT,UPPER PORTION OF 2 DUPLEX UNITS,UPPER PORTION OF TRIPLEX UNIT(EXCLUDING APARTMENT 28B) |
| 029 | | 75 | D-2 | | 2 | MECHANICAL EQUIPMENT ROOMS |
| 030 | | 75 | D-2 | | 2,4 | MECHANICAL EQUIPMENT ROOMS |
| ROF | | 75 | D-2 | | 2,4 | ELEVATOR MACHINE ROOM |

**END OF SECTION**

Borough Commissioner

Commissioner

*END OF DOCUMENT*   104195728/005 9/11/2009 3:35:38 PM

FOTP-HUD-0000823



Page 1 of 3

## Certificate of Occupancy

CO Number: 104195728T006

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**
- Borough: Manhattan
- Address: 1481 5 AVENUE
- Building Identification Number (BIN): 1087768
- Block Number: 01746
- Lot Number(s): 2
- Building Type: New
- Certificate Type: Temporary
- Effective Date: 11/13/2009
- Expiration Date: 02/11/2010

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
- Construction classification: 3 (1968 Code)
- Building Occupancy Group classification: J-2 (2008 Code)
- Multiple Dwelling Law Classification: HAEA
- No. of stories: 30
- Height in feet: 310
- No. of dwelling units: 204

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 15 outstanding requirements. Please refer to BISWeb for further detail.
Borough Comments: None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*





Page 2 of 3

## Certificate of Occupancy

CO Number: 104195728T006

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | 60 | B-2<br>D-2 | | 2,4 | PARKING FOR 77 CARS, MECHANICAL EQUIPMENT ROOMS (ADDITIONAL LIVE LOAD IS 75) |
| SUB | | OG | B-2 | | 2,4 | PARKING FOR 75 CARS, STORAGE, MECHANICAL EQUIPMENT ROOM |
| 001 | | | | | | RESIDENTIAL LOBBY |
| 006 | | 40 | J-2 | 11 | 2 | 11 RESIDENTIAL UNITS, ACCESSORY POOL |
| 007  012 | | 40 | J-2 | 15 | 2 | FIFITEEN (15) APARTMENTS |
| 013 | | 40 | J-2 | 9 | 2 | 9 RESIDENTIAL UNITS |
| 014  015 | | 40 | J-2 | 10 | 2 | 10 RESIDENTIAL UNITS PER FLOOR |
| 016  017 | | 40 | J-2 | 10 | 2 | 10 RESIDENTIAL UNITS PER FLOOR |
| 018 | | 40 | J-2 | 7 | 2 | 5 RESIDENTIAL UNITS, 4 LOWER PORTION OF DUPLEX UNITS |
| 019 | | 40 | J-2 | 6 | 2 | 4 RESIDENTIAL UNITS, 4 UPPER |
| 020  024 | | 40 | J-2 | 6 | 2 | 6 RESIDENTIAL UNITS PER FLOOR |
| 025 | | 40 | J-2 | 6 | | SIX (6) RESIDENTIAL UNITS |
| 026 | | 40 | J-2 | 3.33 | 2 | 3 RESIDENTIAL UNITS, LOWER PORTION OF TRIPLEX (EXCLUDING 26C) |

Borough Commissioner          Commissioner

DOCUMENT CONTINUES ON NEXT PAGE

FOTP-HUD-0000825



**Buildings**

## Certificate of Occupancy

Page 3 of 3

CO Number: 104195728T006

| Permissible Use and Occupancy ||||||||
|---|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. ||||||||
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use ||
| 027 | | 40 | J-2 | 2.33 | 2 | 1 RESDIDENTIAL UNIT,LOWER PART OF 2 DUPLEX UNITS MID PORTION OF TRIPLEX UNIT ||
| 028 | | 40 | J-2 | 2.33 | 2 | 1 RESIDENTIAL UNIT,UPPER PORTION OF 2 DUPLEX UNITS,UPPER PORTION OF TRIPLEX UNIT ||
| 029 | | 75 | D-2 | | 2 | MECHANICAL EQUIPMENT ROOMS ||
| 030 | | 75 | D-2 | | 2,4 | MECHANICAL EQUIPMENT ROOMS ||
| ROF | | 75 | D-2 | | 2,4 | ELEVATOR MACHINE ROOM ||
| END OF SECTION ||||||||

Borough Commissioner

END OF DOCUMENT

Commissioner

104195728/006  11/13/2009 3:59:07 PM