```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LOLA BODANSKY,                          :
                         Plaintiff,     :       ORDER
              -v-                       :
                                        :   09 CIV. 4651(DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                         Defendants.    :
----------------------------------------:
STEVE BERGEN and LYNNE SCHALMAN,        :
                                        :
                         Plaintiffs,    :
              -v-                       :   09 CIV. 6433 (DLC)
                                        :
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                         Defendants     :
----------------------------------------:
POH LIN ANG, CAROLINA RODRIGUEZ, and    :
LIN PING ANG,                           :
                         Plaintiffs,    :
              -v-                       :   09 Civ. 7137 (DLC)
                                        :
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                         Defendants.    :
----------------------------------------:
JKP, LLC,                               :
                                        :
                         Plaintiff,     :
              -v-                       :   09 Civ. 7148 (DLC)
                                        :
FIFTH ON THE PARK CONDO,                :
                                        :
                         Defendant.     :
----------------------------------------:
G. WILLIAM HUNTER and ROBYN HUNTER,     :
                                        :
                         Plaintiffs,    :
              -v-                       :   09 Civ. 7567 (DLC)
                                        :
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11

```
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                    Defendants.         :
----------------------------------------:
DAVID BARSTOW, BRIAN SMITH and JOHN     :
MCATEER,                                :
                    Plaintiffs,         :
                                        :
              -v-                       :
                                        :   09 Civ. 7786 (DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                    Defendants.         :
----------------------------------------:
MICHAEL SCHNEIDER and NICHOLAS          :
DANELLIS,                               :
                    Plaintiffs,         :
                                        :
              -v-                       :   10 Civ. 1324 (DLC)
                                        :
FIFTH ON THE PARK CONDO, LLC, EYTAN     :
BENYANIN and ROBERT EZRAPOUR,           :
                                        :
                    Defendants.         :
----------------------------------------:
RICHARD D. MEADOW,                      :
                    Plaintiff,          :
                                        :
              -v-                       :   10 Civ. 3128 (DLC)
                                        :
FIFTH ON THE PARK CONDO, LLC,           :
                                        :
                    Defendant.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Second Circuit having remanded the above-captioned cases to this Court on May 16, 2011, it is hereby

ORDERED that counsel for all parties shall appear at a conference on May 24, 2011 at 4 p.m. The conference will take

place at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

    SO ORDERED:

Dated:    New York, New York
           May 18, 2011

                                        DENISE COTE
                            United States District Judge