```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LOLA BODANSKY,                           :
                         Plaintiff,      :    ORDER OF
              -v-                        :    DISCONTINUANCE
                                         :
FIFTH ON THE PARK CONDO, LLC, EYTAN      :    09 CIV. 4651(DLC)
BENYANIN and ROBERT EZRAPOUR,            :
                                         :
                         Defendants.     :
-----------------------------------------:
STEVE BERGEN and LYNNE SCHALMAN,         :
                                         :
                         Plaintiffs,     :
              -v-                        :
                                         :
                                         :    09 CIV. 6433 (DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN      :
BENYANIN and ROBERT EZRAPOUR,            :
                                         :
                         Defendants      :
-----------------------------------------:
POH LIN ANG, CAROLINA RODRIGUEZ, and     :
LIN PING ANG,                            :
                         Plaintiffs,     :
              -v-                        :
                                         :
                                         :    09 Civ. 7137 (DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN      :
BENYANIN and ROBERT EZRAPOUR,            :
                                         :
                         Defendants.     :
-----------------------------------------:
JKP, LLC,                                :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
                                         :    09 Civ. 7148 (DLC)
FIFTH ON THE PARK CONDO,                 :
                                         :
                         Defendant.      :
-----------------------------------------:
G. WILLIAM HUNTER and ROBYN HUNTER,      :
                                         :
                         Plaintiffs,     :
              -v-                        :
                                         :    09 Civ. 7567 (DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN      :
```

```
BENYANIN and ROBERT EZRAPOUR,         :
                                      :
                    Defendants.       :
------------------------------------- :
DAVID BARSTOW, BRIAN SMITH and JOHN   :
MCATEER,                              :
                    Plaintiffs,       :
                                      :
         -v-                          :
                                      :
FIFTH ON THE PARK CONDO, LLC, EYTAN   :    09 Civ, 7786 (DLC)
BENYANIN and ROBERT EZRAPOUR,         :
                                      :
                    Defendants.       :
------------------------------------- :
MICHAEL SCHNEIDER and NICHOLAS        :
DANELLIS,                             :
                    Plaintiffs,       :
                                      :
         -v-                          :
                                      :    10 Civ. 1324 (DLC)
FIFTH ON THE PARK CONDO, LLC, EYTAN   :
BENYANIN and ROBERT EZRAPOUR,         :
                                      :
                    Defendants.       :
------------------------------------- :
RICHARD D. MEADOW,                    :
                    Plaintiff,        :
                                      :
         -v-                          :
                                      :    10 Civ. 3128 (DLC)
FIFTH ON THE PARK CONDO, LLC,         :
                                      :
                    Defendant.        :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that these cases have been settled, it is hereby

ORDERED that the above-captioned actions are hereby discontinued without costs to any party and without prejudice to restoring the actions to this Court's calendar if the

application to restore the actions is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           May 25, 2011

                                          DENISE COTE
                              United States District Judge